# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> v. <br><br> SUNRIDGE NURSERIES, INC., a California Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:19-cv-01365-AWI-JLT <br><br> **[PROPOSED] ORDER CONTINUING SCHEDULING THE SCHEDULING CONFERENCE AND THE DEADLINE TO FILE A RESPONSIVE PLEADING** |

Based on the parties' stipulation and good cause appearing, the Court **ORDERS:**

1. The Scheduling Conference is **CONTINUED** to February 18, 2020 at 8:30 a.m. The Parties **SHALL** submit a Joint Scheduling Report or a notice of settlement, **no later than February 11, 2020**;

2. The defendant SHALL file a responsive pleading no later than February 14, 2020.

IT IS SO ORDERED.

Dated: **December 4, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE