Anna Y. Park, CA SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Connie Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech Street, Suite 504
Telephone: (619) 900-1617
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorneys for Plaintiff,
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Ian B. Wieland, State Bar No. 285721
Charles P. Hamamjian, State Bar No. 298685
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant,
SUNRIDGE NURSERIES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SUNRIDGE NURSERIES, INC., a California Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:19-cv-01365-AWI-JLT <br><br> **[PROPOSED] ORDER GRANTING IN PART CONTINUANCE OF THE SCHEDULING CONFERENCE AND THE DEADLINE FOR THE RESPONSIVE PLEADING** **(Doc. 8)** |

1

015816.00002 - 254905.1

Counsel seeks a 90-day continuance of the scheduling conference to allow further settlement discussions despite having just completed a failed mediation attempt. They offer no information as to the likelihood that the case will settle if they are given three more months or how they intend to spend this additional time. Because the Court has already continued the scheduling conference once, because this case is already more than four months and because, despite this, there is still no responsive pleading on file, the Court will **GRANT** the request only **IN PART** as follows:

1. The defendant **SHALL** file a responsive pleading no later than **February 28, 2020**;

2. The scheduling conference is continued to **April 3, 2020** at 8:30 a.m. The parties **SHALL** submit a Joint Scheduling Report or a notice of settlement, **no later than March 27, 2020**.

IT IS SO ORDERED.

Dated: **February 6, 2020**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

015816.00002 - 254905.1