1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  U.S. EEOC,                                    Case No. 1:19-cv-01365-AWI-JLT

12                          Plaintiff,            **ORDER AFTER NOTICE OF**
                                                  **SETTLEMENT**
13              v.                                **(Doc. 14)**

14  SUNRIDGE NURSERIES, INC.,

15                          Defendants.

16

17          The parties report that they have settled the matter and indicate they will seek dismissal

18  of the action soon. (Doc. 14) Thus, the Court **ORDERS**:

19          1.      The stipulation to dismiss the action **SHALL** be filed **no later than April 20,**

20  **2020**;

21          2.      All pending dates, conferences and hearings are **VACATED**.

22  **The parties are advised that failure to comply with this order may result in the Court**

23  **imposing sanctions, including the dismissal of the action.**

24

25  IT IS SO ORDERED.

26      Dated:   **March 23, 2020**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28